IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IN RE MICROSOFT CORP.        *
ANTITRUST LITIGATION         *    MDL 1332
                             *
                         *****

ORDER

For the reasons stated in the accompanying memorandum, it is, this _31st_ day of December 2002

ORDERED that

1. Plaintiff's motion to remand is granted;

2. Plaintiff's motion for attorneys' fees and costs is denied; and

3. This action is remanded to the Circuit Court of Boone County, West Virginia.

_____
J. Frederick Motz
United States District Judge

-10-